IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.  ASHLEY L. COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-15-740-D |
| | ) | |
| 1.  LOGAN'S ROADHOUSE, INC., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | ATTORNEY LIEN CLAIMED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Ashley L. Cook, hereby stipulates that her claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 5TH DAY OF NOVEMBER, 2015.**

s/ Shannon C. Haupt
(Signed with permission)
Jana B. Leonard, OBA # 17844
Shannon C. Haupt, OBA # 18922
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
Telephone:   405-239-3800
Facsimile:    405-239-3801
leonardjb@leonardlaw.net
haupts@leonardlaw.net
*Counsel for Plaintiff*


s/Elaine R. Turner
Elaine R. Turner, OBA # 13082
David E. Burget, OBA # 31506

1

           HALL, ESTILL, HARDWICK, GABLE,
               GOLDEN & NELSON, P.C.
Chase Tower
100 N. Broadway, Suite 2900
Oklahoma City, Oklahoma 73102
Tele:   405-553-2828
Fax:   405-5532855
eturner@hallestill.com
dburget@hallestill.com
*Counsel for Defendants*

2